UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK TABLES,<br><br>　　　　　　　Defendant. | CR18-16 TSZ<br><br>ORDER |

THIS MATTER comes before the Court on defendant Patrick Tables's sealed pro se motion for new counsel, docket no. 55. The Court, having considered the facts set forth in the motion and presented at the hearing held on June 13, 2018, enters the following order:

Defendant Patrick Tables's sealed pro se motion for new counsel, docket no. 55, is GRANTED. Sean P. Gillespie is granted leave to withdraw as counsel of record for defendant Patrick Tables effective immediately. The CJA Administrator is DIRECTED to appoint substitute counsel to represent defendant.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record and to the CJA Administrator.

IT IS SO ORDERED.

Dated this 13th day of June, 2018.

　　　　　　　　　　　　　　　　/s/ Thomas S. Zilly
　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1