# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICK TABLES,

    Defendant.

CR18-16 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court is in receipt of a letter from defendant Patrick Tables, which has been filed under seal as docket no. 79. The Clerk is hereby DIRECTED to send a copy of this letter to counsel for Mr. Tables, Robert Goldsmith, via both first-class U.S. mail and e-mail. The Court has also received notice that Mr. Goldsmith is on vacation during the week of July 16-20, 2018. *See* Notice (docket no. 80).

(2) The Court treats the letter, docket no. 79, as a motion for new counsel and notes the motion for July 26, 2018. Any response by defendant's counsel shall be filed UNDER SEAL on or before July 25, 2018. The motion will be considered at the status hearing set for July 26, 2018, at 11:30 a.m.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Patrick Tables at Federal Detention Center, Reg. 48843-086, Unit DB, P.O. Box 13900, Seattle, WA 98198-1090.

Dated this 16th day of July, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1