UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>v.<br><br>PATRICK TABLES,<br><br>                                   Defendant. | No.  CR 18-00016-TSZ<br><br><br>ORDER GRANTING MOTION TO<br>SUBSTITUTE COUNSEL |

Defendant's motion to allow a substitution of counsel, docket no. 96, is GRANTED, and

IT IS ORDERED, ADJUDGED AND DECREED that Robert Goldsmith shall be allowed to withdraw and Emily M. Gause be substituted as counsel for defendant Patrick Tables.

Dated this 17th day of August, 2018.

Thomas S Zilly

Thomas S. Zilly
United States District Judge