UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK TABLES,<br><br>Defendant. | No. CR 18-016-TSZ<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

The Court, having reviewed the defendant's motion, docket no. 123, to file overlength motion to suppress, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. Defendant is permitted to file its motion to suppress in excess of 12 pages, but no more than 19 pages.

DATED this 3rd day of December, 2018.

_____
Thomas S. Zilly
United States District Judge

ORDER