THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>PATRICK TABLES,<br><br>                      Defendant. | No. CR 18-016-TSZ<br><br>ORDER GRANTING MR. TABLES' MOTION FOR EXTENSION OF TIME TO FILE REPLY |

       The Court, having received and reviewed Patrick Tables' Motion, docket no. 139, for Extension of Time to File Reply,

       IT IS HEREBY ORDERED that Mr. Tables' Motion for Extension of Time to File Reply is GRANTED. Mr. Tables has until Monday, December 17, 2018, to file any reply brief.

       DATED this 14th day of December, 2018.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge