UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>CLYDE McKNIGHT aka "Pizza,"<br>and PATRICK TABLES aka "Break Bread,"<br><br>     Defendants. | CR18-16 TSZ<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) The Government's motions, docket nos. 132 and 135, for leave to file over-length responses is GRANTED. The Government's over-length responses, docket nos. 133 and 136, are accepted.

  (2) Defendant Clyde McKnight's motion, docket no. 141, as well as defendant Patrick Tables's motion, docket no. 142, for leave to file an over-length reply are both GRANTED. The over-length replies, docket nos. 143 and 144, are accepted.

  (3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 18th day of December, 2018.

                  William M. McCool
                  Clerk

                  s/Karen Dews
                  Deputy Clerk

MINUTE ORDER - 1