The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLYDE McKNIGHT, and<br>PATRICK TABLES,<br><br>Defendants. | NO. CR18-016 TSZ<br><br>ORDER GRANTING *EX PARTE* MOTION TO UNSEAL FOR LIMITED PURPOSE AND FOR PROTECTIVE ORDER |

THIS MATTER comes before the Court on the government's *ex parte* motion, docket no. 150, to partially unseal Grand Jury transcripts, for a limited purpose. Having considered the entirety of the record and files herein, the Court finds that based upon the motion of the government and for good cause shown,

IT IS HEREBY ORDERED that redacted copies of any Grand Jury transcript of any anticipated government witness shall be provided to trial counsel.

IT IS HEREBY FURTHER ORDERED that said documents shall remain sealed for all other purposes unless the Court later orders otherwise.

Order to Unseal for Limited Purpose
*United States v. McKnight et al* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY FURTHER ORDERED that the Grand Jury transcripts provided to defense counsel shall not be shall not be reproduced or disseminated. Defense counsel may show said documents to their clients to assist in trial preparation, but shall not leave their clients with copies of the sealed materials.

IT IS HEREBY FURTHER ORDERED that defendant, defense counsel, and others to whom disclosure may be necessary to assist with the preparation of the defense, shall not disclose the existence or contents of the discovery listed in this order other than as necessary for the preparation and presentation of their defense at trial and in subsequent appellate proceedings, if necessary.

Dated this 15th day of January, 2019.

_____
Thomas S. Zilly
United States District Judge

Presented by:

/s/ S. Kate Vaughan
S. KATE VAUGHAN
Assistant United States Attorney

Order to Unseal for Limited Purpose
*United States v. McKnight et al* - 2