THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CLYDE MCKNIGHT<br>PATRICK TABLES,<br><br>　　　　　　　　　　Defendants. | No. CR18-00016 TSZ<br><br>ORDER GRANTING<br>JOINT MOTION FOR EXTENSION OF<br>TIME TO FILE REPLY IN SUPPORT OF<br>MOTION TO COMPEL |

Defendants' Joint Motion for Extension of Time to File Reply, docket no. 155, is GRANTED. Mr. McKnight and Mr. Tables have until Tuesday, January 22, 2019, to file their Reply.

DATED this 18th day of January, 2019.

_____
Thomas S. Zilly
United States District Judge

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL- 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
800 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780