THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>    v.<br><br>CLYDE MCKNIGHT<br>PATRICK TABLES,<br><br>                              Defendant. | No.  CR18-00016-TSZ<br><br>ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

The Court, having received and reviewed Defendants' Joint Motion, docket no. 157, for Leave to File Overlength Brief, and based on the other records and files in this matter, and good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion to for Leave to File Overlength Brief is GRANTED.

DATED this 23rd day of January, 2019.

_____
Thomas S. Zilly
United States District Judge

ORDER GRANTING JOINT MOTION FOR LEAVE
TO FILE OVERLENGTH BRIEF - 1