UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CLYDE McKNIGHT, a/k/a "Pizza," and PATRICK TABLES, a/k/a "Break Bread,"<br><br>　　　　　　Defendants. | CR18-16 TSZ<br><br>MINUTE ORDER |

　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　(1)　The Government is DIRECTED to provide to the Court, by noon on Friday, February 15, 2019, a courtesy copy of any "investigative," "official," and/or "other law enforcement officer" reports, statements, and/or notes that have been produced in discovery to the defense and on which Special Agent Kevin Palermo relied in describing in his various affidavits any "hand-to-hand transactions" involving defendants.

　　(2)　The Government is further DIRECTED to provide to the Court, by noon on Tuesday, February 19, 2019, a courtesy copy of all exhibits (appropriately numbered) that it intends to offer at the hearing on February 20, 2019.

　　(3)　The Government shall contemporaneously provide to defense counsel service copies of the materials outlined in Paragraphs 1 and 2.

　　(4)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　Dated this 13th day of February, 2019.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1