The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> CLYDE MCKNIGHT, and <br> PATRICK TABLES, <br><br> Defendants. | NO. CR18-16 TSZ <br><br> **ORDER TO SEAL** |

Having read the Government's Motion to Seal, docket no. 164, and because of the sensitive information contained within the Cooperation Agreement of CS1;

It is hereby ORDERED that the Cooperation Agreement of CS1, docket no. 165, shall remain sealed.

DATED this 13th day of February, 2019.

_____
Thomas S. Zilly
United States District Judge

Order to Seal
*U.S. v. McKnight, et al.*, CR18-16 TSZ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2  Presented by:
3
   *S/ S. Kate Vaughan*
4  S. KATE VAUGHAN
   Assistant United States Attorney
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order to Seal
*U.S. v. McKnight, et al.,* CR18-16 TSZ - 2