The Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK TABLES, a/k/a "Break Bread", <br><br> Defendant. | No. CR18-016 TSZ <br><br> **PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Preliminary Order of Forfeiture seeking to forfeit to the United States Defendant Patrick Tables's interest in the following property:

- Approximately $1,656 in U.S. currency, seized in Kent, Washington on or about November 21, 2017.

The Court, having reviewed the papers and pleadings filed in this matter, hereby FINDS entry of a Preliminary Order of Forfeiture is appropriate because:

- On April 4, 2019, the Defendant pleaded guilty to *Conspiracy to Distribute Controlled Substances*, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846, as charged in Count 1 of the Second Superseding Indictment, (Dkt. No. 199, ¶ 1);

Preliminary Order of Forfeiture - 1
*United States v. McKnight, et al.,* CR18-016 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The Defendant agreed to forfeit his interest in the above-identified property, and further admitted that the property constituted the proceeds of drug trafficking, (Dkt. No. 199, ¶¶ 7, 12); and
- The evidence in the record has established the requisite nexus between the above-identified property and the offense of conviction, pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(1)(A)-(B).

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 21 U.S.C. § 853(a), the Defendant's interest in the above-identified property is fully and finally forfeited, in its entirety, to the United States;

2) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Preliminary Order will become final as to the Defendant at the time he is sentenced, it will be made part of the sentence, and it will be included in the judgment;

3) The Drug Enforcement Administration and/or its authorized agents or representatives, shall maintain the above-identified property in its custody and control until further order of this Court;

4) Pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n), the United States shall publish notice of this Preliminary Order and the United States' intent to dispose of the above-identified property as permitted by governing law. The notice shall be posted on an official government website—www.forfeiture.gov—for at least 30 days. For any person known to have alleged an interest in this property, the United States shall, to the extent possible, also provide direct written notice to that person. The notice shall state that any person, other than the Defendant, who has or claims a legal interest in this property must file a petition with the Court within 60 days of the first day of publication of the notice (which is 30 days from the last date of publication), or within 30 days of receipt of direct written notice, whichever is earlier. The notice shall advise all interested persons that the petition:

Preliminary Order of Forfeiture - 2
*United States v. McKnight, et al.,* CR18-016 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

  a. shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in this property;

  b. shall be signed by the petitioner under penalty of perjury; and

  c. shall set forth the nature and extent of the petitioner's right, title, or interest in this property, as well as any facts supporting the petitioner's claim and the specific relief sought;

5) If no third-party petition is filed within the allowable time period, the United States shall have clear title to this property, and this Preliminary Order shall become the Final Order of Forfeiture as provided by Fed. R. Crim. P. 32.2(c)(2);

6) If a third-party petition is filed, upon a showing that discovery is necessary to resolve factual issues that it presents, discovery may be conducted in accordance with the Federal Rules of Civil Procedure before any hearing on the petition is held. Following adjudication of any third-party petitions, the Court will enter a Final Order of Forfeiture, pursuant to Fed. R. Crim. P. 32.2(c)(2) and 21 U.S.C. § 853(n), reflecting that adjudication; and

///

///

///

Preliminary Order of Forfeiture - 3
*United States v. McKnight, et al.,* CR18-016 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  7) The Court will retain jurisdiction for the purpose of enforcing this
2  Preliminary Order, adjudicating any third-party petitions, entering a Final Order of
3  Forfeiture, and amending the Preliminary or Final Order as necessary under Fed. R.
4  Crim. P. 32.2(e).

IT IS SO ORDERED.

DATED this 13th day of September, 2019

*[signature]*

Thomas S. Zilly
United States District Judge

Presented By:

 *s/Neal B. Christiansen*
NEAL B. CHRISTIANSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone: (206) 553-2242
E-Mail:  Neal.Christiansen2@usdoj.gov

Preliminary Order of Forfeiture  - 4
*United States v. McKnight, et al.,* CR18-016 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970