The Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK TABLES, a/k/a "Break Bread",<br><br>Defendant. | No. CR18-016 TSZ<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

- $1,656 in U.S. currency, seized in Kent, Washington on or about November 21, 2017.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- In the plea agreement that Defendant Patrick Tables entered on April 4, 2019, he agreed to forfeit his interest in the above-identified property (Dkt. No. 199, ¶ 12);

Final Order of Forfeiture - 1
*United States v. McKnight et al.,* CR18-016 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On September 16, 2019, the Court entered a Preliminary Order of Forfeiture finding the above-identified currency forfeitable pursuant to 21 U.S.C. § 853(a) and forfeiting the Defendant's interest in it (Dkt. No. 289);

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 336); and

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified currency exists in any party other than the United States;

2. The currency is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The Drug Enforcement Administration, and/or its representatives, are authorized to dispose of the currency in accordance with the law.

IT IS SO ORDERED.

DATED this 26th day of May, 2020.

Thomas S. Zilly
United States District Judge

Presented by:

 *s/Neal B. Christiansen*
NEAL B. CHRISTIANSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Neal.Christiansen2@usdoj.gov

Final Order of Forfeiture - 2
*United States v. McKnight et al.,* CR18-016 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970