UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

PATRICK TABLES,

        Defendant.

CR18-16 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Defendant Patrick Tables's motion, docket no. 560, for leave to file an overlength motion, is GRANTED, and defendant's 23-page motion for compassionate release, docket no. 562, will be considered.

    (2)    Defendant Patrick Tables's motion, docket no. 561, to seal certain materials, is GRANTED, and Exhibits A and F, docket nos. 563 and 564, to his motion for compassionate release, shall remain under seal.

    (3)    The Government's motion, docket no. 574, for leave to file an overlength brief, is GRANTED, and the Government's 15-page response, docket no. 575, to defendant's motion for compassionate release, will be considered.

    (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 27th day of August, 2020.

                                    William M. McCool
                                    Clerk

                                    s/Karen Dews
                                    Deputy Clerk

MINUTE ORDER - 1