UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PATRICK TABLES,<br><br>　　　　　　　Defendant. | CR18-16 TSZ<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　Defendant Patrick Tables's motion, docket no. 580, for leave to file an overlength reply, is GRANTED, and defendant's 14-page reply, docket no. 581, in support of his motion for compassionate release has been considered.

　　　(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　Dated this 2nd day of September, 2020.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1