UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK TABLES,<br><br>Defendant. | Case No. CR18-0016-TSZ<br><br>ORDER DENYING REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on the request of United States Probation for early termination of Defendant Patrick Tables' term of supervised release. The Court has reviewed Probation's request and the response of the government, together with the records and files herein.

The request for early termination of supervised release is DENIED.

DATED this 21st day of April, 2023.

THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

ORDER - 1